IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JEREMY JAMES WIMBERLY | § | |
| VS. | § | CIVIL ACTION NO. 1:16cv161 |
| MICHELLE ENGLADE, ET AL. | § | |

**O R D E R**

Pending before the court is plaintiff's Motion to Refile Case (docket entry no. 13). Plaintiff asserts he attempted to file a new *Bivens* action on August 31, 2016; however, his pleading was docketed in the above-styled action by mistake. Plaintiff requests that his pleading (docket entry no. 12) be filed as a new civil action. After due consideration, the court is of the opinion that plaintiff's motion should be granted. It is therefore

**ORDERED** that plaintiff's motion is **GRANTED**. It is therefore

**ORDERED** that plaintiff's pleading docketed as docket entry number 12 in the above-styled action is **STRICKEN** from the docket in this action and shall proceed as a separate civil action. Accordingly, the Clerk of Court is **DIRECTED** to assign a separate civil action number to plaintiff's pleading and assign the new action according to the regular practice for allotment of newly-filed civil actions.

**SIGNED** this   30   day of   September            , 2016.

KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE