

CLERK
UNITED STATES DISTRICT COURT
300 WILLOW STREET, SUITE 104
BEAUMONT, TEXAS 77701-2217

OFFICIAL BUSINESS

Jeremy James Wimberly #08941-078
USP McCreary
P.O. Box 3000
Pine Knot, KY 42635

RETURN TO SENDER
Complete Name/Register Number
✓ No Longer at this Address
Unable to Identify Addressee

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

RECEIVED JAN 10 2017 CLERK U.S. DISTRICT COURT EASTERN DIST. OF TEXAS BEAUMONT, TEXAS

ATES DISTRICT COURT

N DISTRICT OF TEXAS

NT DIVISION

§
§   CIVIL ACTION NO.   1:16-CV-418
§
§

**JUDGMENT**

gistrate Judge's Report and Recommendation, filed

civil rights action is **DISMISSED** without prejudice

1(a).

is **29** day of **December, 2016.**

Ron Clark, United States District Judge